FILED: July 11, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4819
(1:14-cr-00306-GBL-4)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ALVIN GAITAN BENITEZ, a/k/a Pesadilla, a/k/a Lil Pesadilla, a/k/a Lil Tuner, a/k/a Tooner, a/k/a Lil Tunnel

  Defendant - Appellant

_____

O R D E R
_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the opening brief and appendix absent a showing of extraordinary circumstances.

  Appendix due: 08/28/2017

  Opening brief due: 08/28/2017

  Response brief due: 09/18/2017

  Any reply brief: 10 days from service of response brief.

         For the Court--By Direction

         /s/ Patricia S. Connor, Clerk